No. 1330. GRACE LINE, INC., ET AL. *v.* SCOPAZ ET AL. C. A. 2d Cir. Certiorari denied. *Louis J. Gusmano* for petitioners. *Chester A. Hahn* for respondents. ▮

No. 1279, Misc. LAWRENCE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se.* *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Bradley A. Stoutt,* Deputy Attorney General, for respondent.

No. 1300, Misc. MILES *v.* OLIVER, WARDEN. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se.* *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Nelson P. Kempsky,* Deputy Attorney General, for respondent.

No. 1308, Misc. STILTNER *v.* WASHINGTON ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *John J. O'Connell,* Attorney General of Washington, and *Stephen C. Way,* Assistant Attorney General, for respondents. ▮

No. 1348, Misc. PINO *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States. ▮

No. 1458, Misc. KILPATRICK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Richard D. Andrews* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States. ▮